

**Victoria R. Serigano**
Direct Phone:  +1 212 549 4668
Email:  vserigano@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 1, 2024

**MEMO ENDORSED**

**Via ECF**

Hon. Jessica G. L. Clarke
United States District Court
Southern District Of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**Re:**   <u>*Wells Fargo Bank, etc v. 16 East 40 Realty, LLC et al*; Case No. 1:23-CV-08109</u>

Dear Judge Jessica G. L. Clarke:

We represent plaintiff Wells Fargo Bank, National Association as Trustee, on behalf of the Registered Holders of CD 2017-CD3 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2017-CD ("Plaintiff") in the above-referenced matter.

We write to respectfully request an adjournment of the pre-trial conference currently scheduled for February 8, 2024 to March 15, 2024. This is the first request for an adjournment. The reason for this request is that Plaintiff has been engaging in good-faith settlement discussions with respondents 16 East 40 Realty, LLC, Nader Hakakian, and Albert Monasebian ("Respondents") for a potential resolution of this matter. Respondents have not yet responded to Plaintiff's request for an adjournment.

We greatly appreciate the Court's time and attention to this matter.

Respectfully,

<u>*Victoria R. Serigano*</u>
Victoria R. Serigano

The initial pretrial conference scheduled for February 8, 2024 is hereby ADJOURNED *sine die*. The parties are ORDERED to file a joint letter by **February 23, 2024,** updating the Court on the status of settlement, and if the case has not resolved, which ADR mechanism would be helpful in resolving this case, including referral to the District's Mediation Program, referral to a Magistrate Judge for settlement or retention of a private mediator. The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 2, 2024
       New York, New York