UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>     Plaintiff,<br><br>  -against-<br><br>16 EAST 40 REALTY, LLC, et al.,<br><br>     Defendants. | 23-CV-8109 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On March 20, 2025, the Court stayed this case and a pending Motion for Summary Judgment (ECF No. 65) pending sale of the relevant mortgaged property by the Receiver. ECF No. 94. No update on the status of the sale has been filed since. By **April 23, 2026**, the parties are directed to provide a joint status update to the Court on the status of the sale and this case.

Dated: April 16, 2026
   White Plains, New York

              SO ORDERED.

              JESSICA G. L. CLARKE
              United States District Judge