UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, N.A., as trustee,
Plaintiff,

-against-

16 EAST 40 REALTY, LLC, et al.,
Defendants.

23-CV-8109 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 23, 2024, Plaintiff moved for summary judgment in this action. ECF No. 65. Defendants never filed an opposition. Instead, the Court stayed briefing on the motion while the parties negotiated a partial settlement agreement. ECF No. 94. The Court entered the parties' partial resolution, which directed the appointment of a receiver, among other relief. ECF No. 95. The Court also entered default judgment against several nominal defendants. ECF No. 93. The Court has also now approved Plaintiff's motion to approve the sale of the mortgaged property. ECF No. 110. To the extent there are issues that remain to be litigated with respect to Plaintiff's motion for summary judgment, Plaintiff is directed to refile its motion by **December 4, 2026**, to reflect the current status of this action and remaining issues to be decided. Any opposition is due by **January 8, 2027**. Reply is due **January 29, 2027**. Plaintiff's prior motion is DENIED as moot.

The Clerk of Court is respectfully directed to terminate ECF No. 65 and UNSTAY this case.

Dated: November 6, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge